CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/25/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHRISTOPHER T.,[1] *Plaintiff*, v. COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | CASE NO. 6:20-cv-57  ORDER  JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff Christopher T.'s motion for summary judgment and motion to remand, Dkt. 9, and Defendant Commissioner of Social Security's motion for summary judgment, Dkt. 12. Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. In his Report and Recommendation ("R&R"), Judge Ballou determined that the Commissioner's final decision to deny benefits was not supported by substantial evidence and recommended reversing the decision and remanding the matter for further administrative proceedings consistent with the R&R. Dkt. 14.

After reviewing the record in this case, and since neither party has filed objections to the R&R within fourteen days of its service upon them, the Court adopts the R&R in its entirety.

Accordingly, the Court hereby:

1. **ADOPTS** Judge Ballou's R&R in full, Dkt. 14;

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

2. **GRANTS IN PART** Plaintiff Christopher T.'s motion for summary judgment and motion to remand, Dkt. 9;

3. **DENIES** the Commissioner's motion for summary judgment, Dkt. 12; and

4. **REVERSES** the Commissioner's final decision and **REMANDS** the matter for further administrative proceedings consistent with Judge Ballou's R&R.

The Court further **DIRECTS** the Clerk of the Court to **DISMISS** this case from the Court's active docket and to send a copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so **ORDERED**.

Entered this  25th  day of August, 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE